# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4003

_____

Peter Andrew Ruston; Philip Ruston;   *
Worldmaster, Inc.,              *
                          *
          Appellants,    *
                          *
     v.                    *
                          *   Appeal from the United States
United States of America, U.S.     *   District Court for the Eastern
Department of State, Madeleine    *   District of Arkansas.
Albright, in her official capacity as  *
Secretary of State; Immigration and  *       [UNPUBLISHED]
Naturalization Service, Doris      *
Meissner, in her official capacity as  *
Commissioner,             *
                          *
          Appellees.    *

_____

Submitted: June 15, 1999
Filed: June 21, 1999

_____

Before BOWMAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Peter Andrew Ruston, Philip Ruston, and Worldmaster, Inc. appeal the district court's adverse rulings that it lacked subject matter jurisdiction to consider their immigration-related claims against the Department of State and the Immigration and

Naturalization Service and denying their request for attorney fees under the Equal Access to Justice Act.  Having carefully reviewed the record and the parties' submissions, we agree with the district court's rulings.  We thus affirm on the basis of the district court's memorandum opinion and order without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.